**EXHIBIT  1**

**VIRGINIA:**

FILED
CIVIL INTAKE

2024 JUN 12 P 1:06

CHRISTOPHER J. FALCON
CLERK, CIRCUIT COURT
FAIRFAX, VA

### IN THE CIRCUIT COURT OF FAIRFAX

Michael Mackie,

            Plaintiff,

   – against–

Pentagon Federal Credit Union, Experian Information Solutions, Inc., and TransUnion, LLC,

            Defendant(s).

<u>Case no.</u>

## 2 0 2 4   0 8 3 5 6

**TRIAL BY JURY DEMANDED**

### COMPLAINT AT LAW

NOW COMES Plaintiff by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, and complains of Pentagon Federal Credit Union, Experian Information Solutions, Inc, and TransUnion, LLC as follows:

### INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers of credit information to falsely and inaccurately report consumers' credit information to credit reporting agencies.

### JURISDICTION AND VENUE

1

2.  Jurisdiction is properly vested in this court pursuant to Va. Code § 8.01-328.1 because both Defendants transact business throughout the Commonwealth of Virginia.

3.  Jurisdiction is also proper pursuant to 15 U.S.C. § 1681p.

4.  Venue in this Court is proper pursuant to Va. Code § 8.01-262(2), (3) because Defendants are nonresidents conducting business within the Commonwealth of Virginia and portions of the cause of action arose in Fairfax County.

5.  This suit was filed within the relevant statute of limitations.

## PARTIES

6.  Plaintiff, Michael Mackie is an adult citizen of Georgia domiciled in Augusta, GA. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

7.  Defendant Pentagon Federal Credit Union ("Pentagon FCU") does business throughout the country and in the Commonwealth of Virginia. Pentagon FCU regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions or experiences with any consumer and therefore is a "furnisher" of consumer credit information as that term is used in Section 1681s-2 of the FCRA.

8.  Defendant Experian Information Solutions, Inc, ("Experian") is a limited liability company, doing business throughout the country and in the Commonwealth of Virginia. Experian is a "consumer reporting agency" as defined in Section 1681a(f) of the FCRA.

9.  Defendant TransUnion, LLC ("TransUnion") is a limited liability company, doing business throughout the country and in the Commonwealth of Virginia. TransUnion is a "consumer reporting agency" as defined in Section 1681a(f) of the FCRA.

2

## FACTUAL ALLEGATION

10. Pentagon FCU issued an account ending in 0701 to Plaintiff; the account was routinely reported on Plaintiff's consumer credit report.

11. The consumer report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

12. On or about October 27, 2023, Plaintiff and Pentagon FCU entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A.**

13. Pursuant to the terms of the settlement, Plaintiff was required to make a lump sum payment totaling $4,423.00 to settle and close his Pentagon FCU account.

14. Plaintiff, via counsel, timely made the requisite settlement payment in compliance with the terms of the aforementioned settlement agreement. Proof of this payment is attached hereto as **Exhibit B**.

15. However, over three months later, Plaintiff's account continued to be negatively reported.

16. On a requested credit report dated February 15, 2024, Plaintiff's Pentagon FCU account was reported with a status of "Collection/Charge-off" a balance of $4,255.00, and a past due balance of $4,255.00. The relevant portion of Plaintiff's credit report is attached hereto as **Exhibit C.**

3

17. This trade line was inaccurately reported. The account was settled for less than the full balance and must be reported as such.

18. On or about April 9, 2024, Plaintiff notified Defendants of a dispute on the Pentagon FCU account's completeness and/or accuracy. A copy of this letter is attached hereto as **Exhibit D.**

19. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by Pentagon FCU to the Consumer Reporting Agencies, via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

20. In May of 2024, Plaintiff requested updated credit reports for review. The trade line for the Pentagon FCU account in question remained inaccurate, as Defendants failed to correct the inaccuracy. The relevant portion of the May 2024 credit report is attached hereto as **Exhibit E.**

21. Experian and TransUnion did not notify Pentagon FCU of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify Pentagon FCU and Pentagon FCU failed to properly investigate and delete the trade line or properly update the trade line on Plaintiff's credit reports.

22. If Pentagon FCU did perform a reasonable investigation of Plaintiff's dispute, Plaintiff's Pentagon FCU account would be updated to reflect a settled status with a $0 balance.

23. Pentagon FCU has promised through its subscriber agreements or contracts to accurately update accounts, but Pentagon FCU has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the

requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

24. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit report, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began with Experian and TransUnion.

25. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

26. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## CLAIM FOR RELIEF

27. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

28. Pentagon FCU is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

29. Pentagon FCU failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureaus within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

5

30. Pentagon FCU failed to update Plaintiff's credit report and/or notify the credit bureaus that the Pentagon FCU account in question was disputed in violation of 15 U.S.C. § 1681s-2(b).

31. Pentagon FCU failed to promptly modify the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

32. Experian and TransUnion failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes as required by 15 U.S.C. § 1681i(a).

33. Experian and TransUnion failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the account in question, violating 15 U.S.C. § 1681e(b).

34. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following forms: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loans that would otherwise be affordable and other damages that may be ascertained at a later date.

35. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

WHEREFORE, Plaintiff prays that judgment be entered against Defendants as for $24,000 of actual damages, punitive damages, reasonable attorney's fees, and any such other relief as may be just and proper.

Respectfully Submitted,

6

/s/ J Andrew Shuniak
J Andrew Shuniak, Esq.
Attorney for Plaintiff
Law Offices of Robert S.
Gitmeid & Assoc., PLLC
814 Admiral Gravely Boulevard
Richmond, VA 23231
Tel: (571) 201-9021
Fax: (212) 208-2591
Jandrew.S@gitmeidlaw.com

7

# EXHIBIT A



October 27, 2023

MICHAEL T MACKIE



Re: Settlement Offer

Personal Loan – XXXXXXX0701

Dear Salvatore,

Pursuant to your recent conversation, Pentagon Federal Credit Union has agreed to settle for $4,423 on the above referenced account under the following conditions.

· One payment of $4,423 will be due on or before 11/26/2023

· Upon receipt of the $4,423 payment, the remaining Personal Loan balance will be canceled debt, the account will be reported as settled for less than full balance to applicable credit reporting agencies, and subject by law to any applicable legal reporting requirements promulgated by the IRS.

· In the event the agreement is broken, Pentagon Federal Credit Union may forward the account to a collection agency for handling and the original amount owed under the cardholder agreement will remain due, including interest and collection fees up to 25% of the balance as provided for in the cardholder agreement.

Please retain a copy of these agreed upon arrangements for your records and send a copy when your remit your $4,423. Once the payment is received, we can update the credit reporting agencies as we have agreed to do. This can take up to 90 days to be reflected in any consumer credit reporting agencies report.

Please contact me with any questions regarding the arrangement.

**Nick Jones**
Senior Default Recovery Specialist
**O: 800-247-5626**
400 Country Club Rd.
Eugene OR 97401
PenFed.org



# EXHIBIT B

## ACH Confirmation

### Item Information

Originator ABA: ███ 7844
Receiver ABA: ███ 2288
Individual Name: MACKIE    MICHAEL
Individual ID No: ████████ 0701
Trace Number: ████████ 4158

Account Number: ███████ 7762
Transaction Code: 27
Amount: $4,423.00
Description:

### Batch Information

Company Name: PENTAGON FEDERAL
Service Class: 200
SEC Code: TEL
Company Entry Description: TRNSFR DR

Batch Number: 174
Company ID: 1530197038
Effective Entry Date: 10/27/2023
Settlement Date: 10/31/2023



# EXHIBIT C

## Credit report

Provided by **EQUIFAX**



Report date: Feb 15, 2024

### Personal info

| Reported names | | Addresses | Date reported |
|---|---|---|---|
| | Michael T Mackie | | |

DOB

SSN

Employment info



### Account summary



PENTAGON FEDERAL CRE
Reported Jan 31, 2024

$4,255.00
Closed



**Overview**

Balance: $4,255.00

**Payment history**

Monthly Payment Amount

Current Payment Status — Collection/Charge-off

Amount Past Due — $4,255.00

**Account details**

| | |
|---|---|
| Account Number | 0701 |
| Account Status | Charge Off |
| Open Date | |
| Last Activity | |
| Type | Unsecured |
| Responsibility | Individual |
| Remarks | Charged Off Account |
| Times 30/60/90 Days Late | 7/4/5 |
| Months Reviewed | 71 |
| Terms Count | 65 |
| Term Source Type | Provided |
| High Balance | |
| High Credit | |

**Creditor Information**

PENTAGON FEDERAL CRE
P O BOX 1432
ALEXANDRIA, VA 223132032
(703) 838-1000



# EXHIBIT D



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

April 9, 2024

**VIA CERTIFIED MAIL**
Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374

Experian
P.O. Box 4500
Allen, TX 75013

Re:            Michael Mackie
Creditor:      Pentagon Federal Credit Union
Account No.:   Ending in 0701
SSN:           Ending in ██
Address:       ████████████

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Michael Mackie with respect to his claims for violations under the Fair Credit Reporting Act, 15, U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about October 27, 2023, Mr. Mackie and Pentagon Federal Credit Union ("Pentagon FCU") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Mackie was required to make a lump sum payment totaling $4,423.00 to settle and close his Pentagon FCU account. Mr. Mackie, via his debt settlement representative, timely made the requisite settlement payment. Proof of this payment is attached herein for your review.

However, over three months later, Mr. Mackie's account continues to be negatively reported. In particular, on a requested credit report dated February 15, 2024, Mr. Mackie's account was reported with a status of "Collection/Charge-off", a balance of $4,255.00 and a past due balance of $4,255.00. The relevant portion of Mr. Mackie's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Caroline Zak
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Caroline.Z@gitmeidlaw.com
(866) 249-1137



October 27, 2023

MICHAEL T MACKIE



Re: Settlement Offer

Personal Loan – XXXXXXX0701

Dear Salvatore,

Pursuant to your recent conversation, Pentagon Federal Credit Union has agreed to settle for $4,423 on the above referenced account under the following conditions.

· One payment of $4,423 will be due on or before 11/26/2023

· Upon receipt of the $4,423 payment, the remaining Personal Loan balance will be canceled debt, the account will be reported as settled for less than full balance to applicable credit reporting agencies, and subject by law to any applicable legal reporting requirements promulgated by the IRS.

· In the event the agreement is broken, Pentagon Federal Credit Union may forward the account to a collection agency for handling and the original amount owed under the cardholder agreement will remain due, including interest and collection fees up to 25% of the balance as provided for in the cardholder agreement.

Please retain a copy of these agreed upon arrangements for your records and send a copy when your remit your $4,423. Once the payment is received, we can update the credit reporting agencies as we have agreed to do. This can take up to 90 days to be reflected in any consumer credit reporting agencies report.

Please contact me with any questions regarding the arrangement.

**Nick Jones**
Senior Default Recovery Specialist
**O:** 800-247-5626
400 Country Club Rd.
Eugene OR 97401
PenFed.org



## ACH Confirmation

### Item Information

Originator ABA: ███7844
Receiver ABA: ██2288
Individual Name: MACKIE      MICHAEL
Individual ID No: ███████0701
Trace Number: ████████4158

Account Number: ████████7762
Transaction Code: 27
Amount: $4,423.00
Description:

### Batch Information

Company Name: PENTAGON FEDERAL
Service Class: 200
SEC Code: TEL
Company Entry Description: TRNSFR DR

Batch Number: 174
Company ID: 1530197038
Effective Entry Date: 10/27/2023
Settlement Date: 10/31/2023



# Credit report

Provided by EQUIFAX



Report date: Feb 15, 2024

## Personal info

Reported names                    Michael T Mackle    Addresses                                        Date reported

DOB

SSN

Employment info



## Account summary



PENTAGON FEDERAL CRE
Reported Jan 31, 2024

$4,255.00
Closed



**Overview**

Balance $4,255.00

**Payment history**

Monthly Payment Amount

Current Payment Status          Collection/Charge-off

Amount Past Due                 $4,255.00

Acc

Acc                             0701

Acc                             Charge Off

Op

La

Ty                              Unsecured

Re                              Individual

Rer                             Charged Off Account

Ter                             7/4/S

Mo                              71

Te                              65

Ter                             Provided

Hig

Hig

Cre         nm
PEN         E
P O
ALE
(7(



EXHIBIT E

# Credit report

TransUnion    Equifax    Experian    | All bureaus |

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|



| Report date | May 21, 2024 | May 21, 2024 | May 21, 2024 |
|---|---|---|---|

## Personal info

| Reported names | Michael T Mackle | Michael T Mack | Mackle |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary



| Bureau | TransUnion | EQU | |
|---|---|---|---|



PENTAGON
FEDERAL CR UN

Apr 30, 2024 | $4,255.00
Closed

**Overview**

You have 0% left to pay on this loan.

| Balance: | Highest balance |
| --- | --- |
| $4,255.00 | $25,000.00 |

**Account details**

| | |
| --- | --- |
| Account Number | 89XX |
| Account Status | Charge Off |
| Open Date | Feb 20, 2018 |
| Last Activity | Apr 30, 2024 |
| Type | Unsecured |
| Responsibility | Individual |
| Remarks | Profit And Loss Writeoff |
| Times 30/60/90 Days Late | 0/0/0 |
| Month's Reviewed | 0 |
| Terms Count | 0 |
| Term Source Type | |
| High Balance | $25,000.00 |
| High Credit | $0.00 |
| Monthly Payment | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | |

**Payment history**

**No history is available**

Creditor Information
PENTAGON FCU

Account ID
cbec09b92b12ba92d2f12dac b638d097









**2024  08356**



LAW OFFICES OF
ROBERT S. GITMEID & ASSOC., PLLC

FILED
CIVIL INTAKE

2024 JUN 12 P 1: 06

CHRISTOPHER J. FALCON
CLERK CIRCUIT COURT
FAIRFAX, VA

May 30, 2024

Honorable Clerk
Fairfax Circuit Court
4110 Chain Bridge Rd
Fairfax, VA 22030

Via mail

**Re: Michael Mackie v. Pentagon Federal Credit Union, Experian Information Solutions, Inc.,
and TransUnion, LLC
Case No.:**

Honorable Clerk,

Please find enclosed the Plaintiff's Complaint to be filed with the Court. We request a summons
be issued for each Defendant. Please return the summons for Experian and TransUnion to the
Plaintiff in the self-addressed envelope. Experian and TransUnion will be served with a private
process server. Please serve Pentagon Federal Credit Union through the sheriff's office. The
address for service on Pentagon Federal Credit Union is 7940 Jones Branch Drive, Tysons, VA
22102. Payment for the appropriate fees is enclosed. Please let me know if you require any
additional information.

Thank you for your assistance in this matter.

Sincerely,

J. Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
814 Admiral Gravely Boulevard,
Richmond, Virginia 23231
Tel: (571) 201-9021 Fax: (212) 208-2591
andrew.shuniak@gitmeidlaw.com
*Counsel for Plaintiff Michael Mackie*

# FAIRFAX COUNTY CIRCUIT COURT

## PROOF OF SERVICE

**Michael Mackie vs. Pentagon Federal Credit Union et al.**

CL-2024-0008356
Doc Type:  Summons &
Complaint

TO:   **Pentagon Federal Credit Union**
**7940 Jones Branch Drive**
**Tysons VA 22102**

Fairfax County

RECEIVED

SHERIFFS USE ONLY:

☒ **Personal Service**

Being unable to make personal service, a copy was delivered in the following manner:

☐ **Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport.** Harminder Chhatwar
Financial Center Assistant Manager

☐ **Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.  List name, age of recipient, and relation of recipient to party named above.**

☐ **Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found)**

☐ **Served on Secretary of the Commonwealth**

☐ **Served on the Clerk of the State Corporation Commission pursuant to Virginia Code §8.01-513**

☐ **Served on registered agent of the corporation.  List name and title:**

☐ **Served on the Commissioner of the Department of Motor Vehicles**

☐ **Not found**

06/14/24  1255 pm
Date

**Stacey A. Kincaid, Sheriff**
Sheriff
Fairfax County, VA

By: M. A. Woloschek III
Serving Deputy Sheriff

Fairfax
City or County of Locality