## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

Michael Mackie,

      Plaintiff,

v.

Pentagon Federal Credit Union and Experian
Information Solutions, Inc. and Transunion
LLC,
      Defendants.

Civil Action No. 1:24cv01190

**STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO PENTAGON FCU AND
TRANSUNION LLC ONLY**

Plaintiff Michael Mackie ("Plaintiff"), by counsel, and Defendants Pentagon FCU and

Transunion LLC., by counsel, hereby stipulate and agree that all matters herein between them have

been compromised and settled, and that Plaintiff's cause against both Pentagon FCU and

Transunion LLC should be dismissed, with prejudice, with each party to bear its own costs and

attorneys' fees.

Dated: September 18, 2024      Respectfully Submitted,

*So Ordered*
*Claude M. Hilton*
*USDJ*
*Sept. 20, 2024*

/s/  J Andrew Shuniak
J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
414 N. 25th Street, PO BOX #7938
Richmond, Virginia 23223
Tel: (571) 201-9021 Fax: (212) 208-2591
Andrew.shuniak@gitmeidlaw.com
*Counsel for Plaintiff*

Dated: Sept 18, 2024

/s/ Michael Graziano
Michael A. Graziano
Member
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington DC 20006