UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Michael Mackie,<br><br>  Plaintiff,<br><br>v.<br><br>Pentagon Federal Credit Union and Experian Information Solutions, Inc. and Transunion LLC,<br>  Defendants. | Civil Action No. 1:24cv01190<br><br>DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. |

COMES NOW the Plaintiff, Michael Mackie, by counsel, and moving by endorsement hereof for a Dismissal, upon the representations of counsel that this case has not been submitted to the Court for decision and no counterclaim, cross claim, or third-party claims has been filed by an adverse party.

WHEREFORE, it is ORDERED that this cause shall be, and hereby is, Dismissed as this matter pertains to Experian Information Solutions, Inc., and all Defendants are hereby dismissed with prejudice.

Dated: October 14, 2024

*So Ordered*
*Claude M. Hutten*
  *USDJ*
*Dec. 17, 2024*

Respectfully Submitted,

/s/  J Andrew Shuniak
J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
414 N. 25th Street, PO BOX #7938
Richmond, Virginia 23223
Tel: (571) 201-9021 Fax: (212) 208-2591
Andrew.shuniak@gitmeidlaw.com
*Counsel for Plaintiff*